**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-CR-124 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| vs. | : | |
| | : | |
| SIROUS ASGARI, | : | **DEFENDANT ASGARI'S MOTION** |
| | : | **FOR AN ORDER TO FILE A** |
| Defendant. | : | **DOCUMENT UNDER SEAL** |
| | : | |

Defendant Sirous Asgari moves the Court, pursuant to Rule 49.4 of the Local Criminal Rules, for an Order to file a document under seal.  The document is related to the alleged trade secret violation. While Dr. Asgari does not believe this document contains any trade secrets, out of an abundance of caution he requests permission for file the document under seal.

Respectfully submitted,

s/ STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928
s/ EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
s/ CATHI ADINARO
Attorney at Law
Ohio Bar: 0088731
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321
E-mail: stephen_newman@fd.org
E-mail: edward_bryan@fd.org

E-mail: cathi_adinaro@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2018, a copy of the foregoing <u>Motion</u> was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

<u>s/</u> CATHI ADINARO
Attorney at Law
Ohio Bar: 0088731
