Motion for leave to file exhibit under seal granted 1/30/18.
*s/   James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-CR-124 |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| vs. | : | |
| SIROUS ASGARI, | : | **DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court, pursuant to Local Rule 49.4, for an Order permitting the defendant to file his Exhibit to the Motion to Suppress under seal. Defense counsel state that the Exhibit contains information that is under the Court's Protective Order regarding the trade secrets and should not be available for public viewing.

For these reasons, Mr. Asgari requests that the Court grant this motion.

Respectfully submitted,

s/ STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928
s/ EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
s/ CATHI ADINARO
Attorney at Law
Ohio Bar: 0088731
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321