IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR124 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| SIROUS ASGARI, | ) | UNITED STATES OF AMERICA'S |
| | ) | NOTICE OF APPEAL |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Om M. Kakani, Assistant United States Attorney, hereby files this Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the district court's Suppression Order entered on April 3, 2018.  (R. 113: Order, PageID 1413).

Pursuant to 18 U.S.C. § 3731, Justin E. Herdman, the duly authorized United States Attorney for the Northern District of Ohio, hereby certifies that this appeal is not taken for purposes of delay and that the suppressed evidence is substantial proof of facts material in this proceeding.

Respectfully submitted,

JUSTIN E. HERDMAN
(Ohio Bar # 80418)
United States Attorney
Northern District of Ohio

Om M. Kakani (NY # 4337705)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3756
Om.Kakani@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2018 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Om M. Kakani
Om M. Kakani
Assistant U.S. Attorney