Motion to modify conditions of bond granted in part 5/11/18.  The Court approves the request to transfer pretrial supervision to the Eastern District of New York.  GPS monitoring to continue.  Travel restricted to the Eastern and Southern Districts of New York.  The Court instructs defendant to travel to the Eastern District of New York on a Monday or Tuesday.  The Court will not order Pretrial Services to assist with obtaining an ID.

*s/  James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:16CR00124 |
| | : | |
| Plaintiff, | : | JUDGE JAMES S. GWIN |
| | : | |
| -vs- | : | |
| | : | |
| SIROUS ASGARI, | : | **MOTION TO MODIFY THE** |
| | : | **CONDITIONS OF BOND** |
| Defendant. | : | (Hearing Requested) |

Dr. Sirous Asgari, through undersigned counsel, respectfully moves this Court to transfer his pretrial supervision to the Southern District of New York so that he may live with his son pending a resolution of the government's interlocutory appeal.

Dr. Asgari is currently on GPS monitoring with the additional conditions that he "remain within the limits of Cuyahoga County" and "remain in his home from 9:00 p.m. to 7:00 a.m. daily." (Dkt. 47).  He has been compliant with the conditions of his bond since they were imposed in October 2017.  His case is currently stayed pending an interlocutory appeal by the government, a resolution of which could take close to a year.

While his case is pending appeal, Dr. Asgari requests permission to transfer his pretrial supervision to the Southern District of New York so that he may live with his son in Brooklyn. Dr. Asgari has no family here in Cleveland. His children rented him an apartment last fall so that he could be released on bond. This apartment is costing his children over $2,200 a month in rent alone. (Exh. A). The rent is particularly expensive because Dr. Asgari needed a short-term lease of a furnished apartment. Additionally, his lack of transportation restricted him to downtown Cleveland so he could have easy access to his attorneys and the courthouse.  Including food and