IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR124 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| SIROUS ASGARI, | ) | |
| | ) | GOVERNMENT'S NOTICE OF FILING |
| Defendant. | ) | |

The United States hereby gives notice that on June 27, 2019, it filed with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's Classified *Ex Parte, In Camera*, and Under Seal Motion for a Protective Order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16 of the Federal Rules of Criminal Procedure."

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ Daniel J. Riedl
       Daniel J. Riedl (OH: 0076798)
       Om M. Kakani (NY: 4337705)
       Assistant United States Attorneys
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3669/3756
       (216) 522-7358 (facsimile)
       Daniel.Riedl@usdoj.gov
       Om.Kakani@usdoj.gov

       William A. Mackie
       Trial Attorney, National Security Division
       United States Department of Justice

CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of June, 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

    /s/ Daniel J. Riedl
    Daniel J. Riedl
    Assistant U.S. Attorney