IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR124 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| SIROUS ASGARI, | ) | SUPPLEMENT TO MOTION FOR STAY |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through the undersigned counsel, and provides this *Supplement* to its previously filed *Motion to Stay* the Court's Order directing the government to disclose classified information to Federal Public Defender Stephen C. Newman by July 10, 2019. (R. 158: Order, PageID 1711-13); (R. 163: Gov't Mtn. to Stay, PageID 1805-09). The Court ordered the government to provide access to classified materials to Mr. Newman.

The government has begun to take steps to verify Mr. Newman's security clearance in the event he should ultimately be granted access to the materials. At this stage, the government and the Classified Information Security Officer (CISO) appointed in this case have been unable to verify Mr. Newman's security clearance.

Until the government is able to verify that Mr. Newman is duly authorized to review classified materials, the government is prohibited from making any disclosures to him. See 18 U.S.C. § 798. For the reasons stated herein and in the government's previously filed *Motion to*

*Stay*, the government requests that this Court grant the government's request to stay its Order to disclose classified information to Mr. Newman.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ Om Kakani
        Om Kakani (NY: 4337705)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3756
        (216) 685-2378 (facsimile)
        Om.Kakani@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Om Kakani
Om Kakani
Assistant U.S. Attorney