# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:16-CR-00124 |
| Plaintiff, | : | JUDGE JAMES S. GWIN |
| -vs- | : | |
| SIROUS ASGARI, | : | **MOTION TO TRANSFER PRETRIAL SUPERVISION TO OHIO** |
| Defendant. | : | |

While the government's second and third interlocutory appeal was pending, this Court transferred Dr. Asgari's pretrial supervision to the Northern District of California so that he could live with his daughter. (R. 184 – granting R. 169).

The Sixth Circuit Court of Appeals recently remanded this case and trial is now set to begin on November 12, 2019. In preparing for his return for trial, pretrial services in California informed Dr. Asgari that he must have an order from this Court before he can travel back to Cleveland. For this reason, Dr. Asgari respectfully requests this Court grant this motion and order his pretrial supervision transferred back to the Northern District of Ohio from the Northern District of California.

Respectfully submitted,

s/ STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928
s/ EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
s/ CATHI ADINARO SHUSKY
Attorney at Law
Ohio Bar: 0088731

                                         1660 West Second Street, #750
                                         Cleveland, OH 44113
                                         (216)522-4856 Fax:(216)522-4321
                                         E-mail: stephen_newman@fd.org
                                         E-mail: edward_bryan@fd.org
                                         E-mail: cathi_shusky@fd.org

Counsel for Sirous Asgari