IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:16CR124 |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGE JAMES S. GWIN |
| SIROUS ASGARI, | ) |
| Defendant. | ) GOVERNMENT'S WITNESS LIST |

The United States of America, by and through the undersigned counsel, respectfully submits the following list of potential witnesses during the government's case-in-chief. Counsel is prepared to add, amend, or withdraw witnesses should the Court or the circumstances require.

| NAME | SYNOPSIS OF TESTIMONY |
|---|---|
| Mark Murray | Case Western Reserve University (CWRU) Director of Office of Immigration – Mr. Murray will testify as to the policies and procedures for foreign visiting researchers and professors at CWRU, including the need for such individuals to obtain J1 or H1B visas |
| Pirouz Pirouz | CWRU Professor of Material Science and Engineering – Dr. Pirouz will testify about his interactions with Defendant in the months prior to his application for a tourist visa, and his attempts to obtain a sabbatical and post-doc position at CWRU before and after arriving in the United States. |

| NAME | SYNOPSIS OF TESTIMONY |
|---|---|
| Sunniva Collins | CWRU Professor of Material Science and Engineering, Former Employee of Swagelok Corporation – Dr. Collins will testify to her interactions with Defendant at CWRU working on projects with Swagelok.  Dr. Collins will also testify as to the SAT12 process and developments and research beyond those found in the patents. |
| Peter Williams | Swagelok Chief Scientist – Mr. Williams will testify about the SAT12 process, Swagelok's efforts to protect its trade secrets, and the nature of the relationship between Swagelok and CWRU. |
| David Peace | Former Swagelok VP of Engineering – Mr. Peace will testify about Swagelok's business interests, including its effect on interstate and foreign commerce. |
| Greg Shaw | Swagelok Director of Innovation and Technology – Dr. Shaw will testify to how Swagelok protects its trade secrets and proprietary information, will identify certain emails sent by Defendant containing Swagelok proprietary information, and will state that Defendant did not have permission to forward that information on to himself and others. |
| John Simmons | Department of State – Mr. Simmons will testify to the Visa Application process for nonimmigrant visitors to the United States, including an explanation of the online application process. |
| Kurt Dirker | FBI Special Agent – SA Dirker will testify regarding statements made by Defendant in 2017. |
| Matt Olson | FBI Special Agent – SA Olson will testify regarding statements made by Defendant in 2013.  He will also testify that the government's exhibits containing Gmail emails were obtained from Google via a search warrant. |
| Frank Ernst | Chair, Department of Material Sciences, CWRU – Dr. Ernst will testify about the development of the Swagelok Center for Surface Analysis of Materials at CWRU, his ongoing work with CWRU and Swagelok, the treatment of Swagelok's proprietary information, and his interactions with Defendant at CWRU. |
| Fazel Baniasadi | Former Student of Defendant – Dr. Baniasadi will testify as to his relationship with Defendant, his receipt of certain emails from Defendant, plans he and Defendant made to commercialize low temperature carburization in Iran and information regarding the preparation of economic proposals in Iran. |
| Jennifer Pyles | CWRU – Ms. Pyles will testify regarding the billing procedures for equipment at the Swagelok Center at CWRU and will authenticate related documents. |
| Michael Maltbie | CWRU Information Technology Department – Mr. Maltbie will testify that CWRU uses Google to host its web-based e-mail system, and that Google's servers were located outside the state of Ohio in 2012-13. |

| NAME | SYNOPSIS OF TESTIMONY |
|---|---|
| Sharon Mackey | CWRU – Ms. Mackey will testify as to billing codes used on projects at CWRU and will certify related exhibits. |
| Michelle Adams | CWRU – Ms. Adams will testify as to the provision of employee credentials for Defendant, including ID cards, Key/Access cards, and records regarding his access to the Swagelok center and other secure areas at CWRU. |

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ Daniel J. Riedl
        Daniel J. Riedl (OH: 0076798)
        Duncan T. Brown (NY: 3982931)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3669/3933
        (216) 685-2378 (facsimile)
        Daniel.Riedl@usdoj.gov
        Duncan.Brown@usdoj.gov

        William A. Mackie,
        Trial Attorney, National Security Division
        Department of Justice

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of November, 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                            /s/ Daniel J. Riedl
                                            Daniel J. Riedl
                                            Assistant U.S. Attorney