# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-CR-124 |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| -vs- | : | |
| | : | |
| SIROUS ASGARI, | : | **NOTICE OF COMPLIANCE** |
| | : | **WITH THE PROTECTIVE ORDER** |
| Defendant | : | |

Undersigned counsel hereby certify that they, and the experts hired by the defense, have complied with the Modified Protective Order (Dkt. 40) and the Protective Order issued for trial (Dkt. 203). All protected materials have been returned to the government or destroyed.

Respectfully submitted,

s/ STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928
s/ EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
s/ CATHI ADINARO SHUSKY
Attorney at Law
Ohio Bar: 0088731
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321
E-mail: stephen_newman@fd.org
E-mail: edward_bryan@fd.org
E-mail: cathi_shusky@fd.org

Counsel for Sirous Asgari

January 3, 2020